No. 753. CHU TAI NGAN, PETITIONER, *v.* SAMUEL W. BACKUS, COMMISSIONER, ETC. January 24, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit dismissed on motion of counsel for the petitioner. *Mr. O. P. Stidger* and *Mr. C. L. Bouve* for the petitioner. No brief for the respondent.

No. 225. MARTIN H. FREE, PLAINTIFF IN ERROR, *v.* THE WESTERN UNION TELEGRAPH COMPANY. In error to the Supreme Court of the State of Wisconsin. January 24, 1916. Dismissed with costs, pursuant to the tenth rule. *Mr. B. I. Salinger* and *Mr. Frederick S. Tyler* for the plaintiff in error. *Mr. Rush Taggart, Mr. George H. Fearons* and *Mr. Francis Raymond Stark* for the defendant in error.

[Note: This judgment was set aside and case restored to docket June 12, 1916. See p. 656, *ante.*]

No. 251. ANNA YOUNG, APPELLANT, *v.* WEST END STREET RAILWAY COMPANY ET AL. Appeal from the District Court of the United States for the District of Massachusetts. January 26, 1916. Dismissed with costs, pursuant to the tenth rule. *Mr. Burton E. Eames* for the appellant. *Mr. Alexander Britton, Mr. Evans Browne* and *Mr. Charles A. Williams* for the appellees.